**DISMISS and Opinion Filed September 5, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00701-CV

## HENDOLPH HOLDINGS LLC, CHRISTOPHER RANDOLPH, AND HENDA SALMERON, Appellants
## V.
## DEAN CALDWELL, LINDA CALDWELL, AIRMASTER AERATOR, LLC, AND AIRMASTER ENVIRONMENTAL, LLC, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-09850

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellants' unopposed motion to voluntarily dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230701F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HENDOLPH HOLDINGS LLC,
CHRISTOPHER RANDOLPH,
AND HENDA SALMERON,
Appellants

No. 05-23-00701-CV     V.

DEAN CALDWELL, LINDA
CALDWELL, AIRMASTER
AERATOR, LLC, AND
AIRMASTER ENVIRONMENTAL,
LLC, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-09850.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Dean Caldwell, Linda Caldwell, Airmaster Aerator, LLC, and Airmaster Environmental, LLC recover their costs, if any, of this appeal from appellants Hendolph Holdings LLC, Christopher Randolph, and Henda Salmeron.

Judgment entered this 5th day of September 2023.